IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NIKI PLATZ**                                                                                          **PLAINTIFF**

VS.                              No. 3:22-cv-00034 PSH

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 27th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE