IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NIKI PLATZ**                                                                                    **PLAINTIFF**

VS.                                      No. 3:22-cv-00034 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                   **DEFENDANT**

ORDER

Now before the Court is the plaintiff Niki Platz's ("Platz") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion. The motion is GRANTED, and the EAJA award in the amount of $3,701.09 ($3,679.10 in fees and $21.99 in expenses) is approved. The Court finds nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Platz, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Platz, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas address.

IT IS SO ORDERED this 30th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE